NO. 07-06-0033-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



MAY 17, 2006


 ______________________________



GINGER NEELEY, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


_________________________________



FROM THE 100TH DISTRICT COURT OF COLLINGSWORTH COUNTY;



NO. 2577; HONORABLE DAVID M. MCCOY, JUDGE


_______________________________




Before REAVIS and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION


 Pending before this Court is appellant's motion to dismiss her appeal. Appellant and her
attorney both have signed the document stating that appellant withdraws her appeal. Tex. R.
App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our
mandate will issue forthwith.

 James T. Campbell

 Justice


Do not publish.



hin 90 days after that date if a motion for new
trial is filed. Tex. R. App. P. 26.2(a). Thus, appellant's notice of appeal was due to be
filed on or about May 16, 2003, but was not filed until June 2, 2003. Furthermore, he did
not move for an extension of the deadline.

 A timely filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo
v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If the notice is not timely, then the
court of appeals can take no action other than to dismiss the proceeding. Id. at 523. 
Because appellant's notice of appeal was untimely filed, we have no jurisdiction to
consider the appeal. 

 Accordingly, the appeal is dismissed. 

 Per Curiam 

Do not publish. 

 
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't
Code Ann. §75.002(a)(1) (Vernon Supp. 2003).